```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683022869
Cashier ID: lgarrett
Transaction Date: 10/24/2013
Payer Name: JASON KRUMBEIN, ESQUIRE
-------------------------------------
CIVIL FILING FEE
 For: JASON KRUMBEIN, ESQUIRE
 Amount:        $400.00
-------------------------------------
CREDIT CARD
 Amt Tendered:  $400.00
-------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

CIVIL FILING FEE
3:13CV722
```